IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                           March 14, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARDOUHI ANTONESCO, et al

vs                                               CIVIL 98-2141CCC

OUTBACK STEAK HOUSE, et al

By order of the Court, and due to conflict with Employment Law Seminar for Federal Judges in New York, the **pretrial conference set for today is reset for April 13, 2000 at 4:30 PM.** Parties notified by telephone.

                                                 *m/L* - Secretary

Notified by telephone:

Lic. A. R. Calderón, Jr. 753-5050 (Miriam)

Lic. H. Colberg 724-8159 (Maggie)
*m/L*
3-14-2000

