## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                           April 14, 2000


**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge


MARDOUHI ANTONESCO, et al

vs                                    CIVIL 98-2141CCC

OUTBACK STEAK HOUSE, et al


   Present at the pretrial conference set for April 13, 2000 were: José Miguel Náter,

counsel for plaintiffs and Herman Colberg, counsel for defendants.  Parties did not prepare

Joint Pretrial Conference Report because they are attempting to settle the case.  **Court resets**

**the pretrial for the last time for May 9, 2000 at 5:00 PM.**  Trial date remains as

scheduled.  Parties to be notified.


                                    〜 - Secretary

