IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARDOUHI ANTONESCO
ROBERT ANTONESCO
CONSTANTINE ANTONESCO

Plaintiffs

vs                                                            CIVIL 98-2141CCC

OUTBACK STEAK HOUSE and/or
OUTBACK STEAK HOUSE, INC.
EMBASSY SUITES HOTEL & CASINO
and/or EMBASSY SUITES HOTEL AND
CASINO, INC., JOHN DOE; JANE DOE;
COMPANIES A, B and C

Defendants

## JUDGMENT

Having considered the Settlement Stipulation filed by the parties on May 9, 2000 (**docket entry 22**), the same is APPROVED and this action is hereby DISMISSED, with prejudice and without imposition of costs, attorney's fees or interest, pursuant to the terms and conditions of said Stipulation which are made part of this Judgment.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 11, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev 8/82)